# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, )<br>  )<br> v. )<br>  )<br>Yajaira Quintero Beltran, )<br>  )<br>                    Defendant. )<br>  )<br>  )<br>_____ ) | **REENTRY COURT PROGRAM**<br><br>**ORDER TO REDUCE TERM OF SUPERVISED RELEASE FOR SUCCESSFUL COMPLETION OF REENTRY COURT**<br>**(18 U.S.C. 3583(3)(1)**<br><br>**Docket Number:   0972 1:22CR00174-001** |

On June 23, 2022, the defendant was accepted as a participant in the Reentry Court Program. As of June 21, 2023, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of April 10, 2024.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on April 11, 2022, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

July 11, 2023
**Date**

*(signed)*
**The Honorable Sheila K. Oberto**
**U.S. Magistrate Judge**

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of April 10, 2024.

July 13, 2023
**Date**

*(signed)*
**The Honorable Ana de Alba**
**U.S. District Judge**

cc:    Defendant
       Assistant United States Attorney:   Kirk Sheriff
       Defense Counsel:   Griffin Estes
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office